**BADER, YAKAITIS & NONNENMACHER, LLP**

ATTORNEYS AT LAW
350 FIFTH AVENUE
SUITE 7210
NEW YORK, NY 10118

PHONE (212)465-1110
FAX (212)279-8991

JEFFREY W. BADER
PAUL A. YAKAITIS
JOHN J. NONNENMACHER

DARLENE S. MILOSKI
ROBERT E. BURKE
JESSE M. YOUNG
ERIC HORN

April 2, 2013

Hon. Katherine B. Forrest
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

         Re: Debra Thimmesch, 12-CV-8882

Dear Judge Forrest:

  My firm represents the plaintiff in the above referenced action. I am writing to request a briefing schedule for defendants' motion to dismiss plaintiff's complaint. I have conferred with Andrew Lucas, attorney for defendants, and we have both agreed to the following schedule:

  Plaintiff's opposition to be filed by May 3, 2013
  Defendants' reply to be filed by May 17, 2013

         Very truly yours,

         Jesse M. Young, Esq.